UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO DE LA TORRES, A-074-145-767,<br><br>            Petitioner,<br><br>      v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>            Respondents. | No.  1:26-cv-05382-TLN-CKD P<br><br><br>ORDER |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and requests to proceed in forma pauperis. The request to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a). The court has conducted a preliminary review of the petition.

Good cause appearing, IT IS ORDERED as follows:

1.  Petitioner's request to proceed in forma pauperis (ECF Nos. 2, 3) is GRANTED.

2.  Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

////

1

3. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within ten (10) days after being served with a copy of respondents' response.

Dated:  July 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 torr5382.res

2