UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNESTO D.L.T.,[1]

        Petitioner,

    v.

WARDEN, CALIFORNIA CITY
IMMIGRATION PROCESSING
CENTER, et al.,

        Respondents.

No.  1:26-cv-05382-TLN-CKD

A# 074-145-767

**RELEASE ORDER**

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within five days.  (ECF No. 10.)  No party filed objections to the findings and recommendations and the time to do so has elapsed.

---

[1]  The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2026 (ECF No. 10) are ADOPTED in full.

2. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is GRANTED.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Ernesto D.L.T. (A# 074-145-767) under the same conditions of supervision in place at the time of his re-detention on or about January 9, 2025. At the time of release, Respondents must return all of Petitioner's documents and possessions. **Respondents shall file a notice certifying compliance with this provision of the Court's Order within two (2) court days from the date of this Order.**

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with statutory and constitutional protections, including a minimum of seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. §§ 241.13(i), 241.4(l), or a pre-deprivation hearing before a neutral fact-finder where Respondents show by clear and convincing evidence that material changed circumstances demonstrate (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. At any such hearing, Petitioner shall be allowed to have counsel present.

5. **The Clerk of Court shall serve California City Detention Facility with a copy of this Order.**

6. The Clerk of the Court shall enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

DATE: August 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE